IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| DANEA SAUNDERS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-1092-KI |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

KING, Judge:

Based on the record,

The decision of the Commissioner is hereby AFFIRMED.  This action is dismissed.

Dated this ____15th____ day of October, 2008.

                                                     /s/ Garr M. King
                                                Garr M. King
                                                United States District Judge